UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GMAC Mortgage Corporation, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 1:06CV00866 |
| | ) |
| Valinda Douglas Hughes, | ) |
| | ) |
| Appellee and Debtor | ) |

_____

## CONSENT ORDER OF VOLUNTARY DISMISSAL OF APPEAL

GMAC Mortgage Corporation (hereinafter "GMAC"), by and through counsel, and Valinda D. Hughes, by and through counsel, hereby voluntarily dismiss the appeal pursuant to Bankruptcy Rule 8001(c)(2).

TO THE FOREGOING WE CONSENT AND AGREE:

/s/ Matthew T. McKee
Matthew T. McKee,
Attorney for GMAC Mortgage Corporation


/s/ Edward C. Boltz
Edward C. Boltz
Attorney for the Debtor

/s/ Richard Hutson, II
Richard Hutson, II
Chapter 13 Trustee

_____
United State District Judge